Connors & Ferris, LLP v Brown Chiari, LLP (2023 NY Slip Op 00520)

Connors & Ferris, LLP v Brown Chiari, LLP

2023 NY Slip Op 00520

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ.

37 CA 21-01633

[*1]CONNORS & FERRIS, LLP, AND GREGORY R. CONNORS, PLAINTIFFS-APPELLANTS,
v
BROWN CHIARI, LLP, DEFENDANT-RESPONDENT. 

GROSS SHUMAN P.C., BUFFALO (DAVID H. ELIBOL OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
BROWN CHIARI LLP, BUFFALO (MICHAEL C. SCINTA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Mark A. Montour, J.), entered November 12, 2021. The order denied the motion of plaintiffs for, among other things, leave to amend the complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 19, 2022,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court